FIRST COURT OF APPEALS
OF
HOUSTON TEXAS

01-15-00460-CR
01-15-00461-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 19 2015

CHRISTOPHER A. PRINE
CLERK

LEAVE TO FILE A
WRIT OF MANDAMUS

JOSHUA TYRONE LANE PRO. SE
V.
THE STATE OF TEXAS
TRIAL CASE NO'S 54972, 54973-1

IN THE COURT OF THE 300th
JUDICIAL DISTRICT COURT
HON. JUDGE. HUF STETLER.

Parties:

MR. JOSHUA LANE # 1510890
CONNALLY UNIT 899 FM 632
KENEDY TX. 78119

THE STATE OF
TEXAS



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 19 2015

CHRISTOPHER A. PRINE
CLERK

(i)

# TABLE OF CONTENTS

IDENTITY OF THE PARTIES AND COUNSEL — 1

INDEX OF AUTHORITIES — 3

STATEMENT OF THE CASE — 4

ARGUMENT — 5,6

Petition Should Be granted BECAUSE RELATOR HAS SHOWN AND demonstrate that His Motion HAS been Filed or Brought to the Attention of the trial court — 6

CONCLUSION AND PRAYER — 6

Certificate of service — 7

EXHIBITS

## INDEX OF AUTHORITIES

CANADIAN HELICOPTERS Ltd v. Wittig, 876 S.W.2d 304, 305 (TEX.1994) — 5

JOHNSON V. FOURTH COURT OF APPEALS 700 S02d 916, 917 (TEX.1985) — 5

STODER V. MASSEY, 586 S02d 843, 846 (TEX.1979) — 5

O'CONNOR V. FIRST COURT OF APPEALS 837 S02d 94, 97 (TEX.1992) — 5,6

IN re CHAVEZ 62 S.W.3d 225, 228 (TEX. APP-Amarillo 2001) — 6

PRAYER — 6

CERTIFICATE of service — 6

EXHIBIT — 7

(3)

## STATEMENT OF THE CASE

THE REALATOR SENT OR PRESENTED A POST CONVICTION MOTION REQUESTING THAT DNA TESTING BE DONE FROM CELL PHONES IN CASE NUMBERS 54972-1, 54973-1 IT WAS FILED ON JANUARY 15, 2015 SEE EXHIBIT A "ATTACH. THE STATE BELIEVES THAT THE MOTION SHOULD BE DENIED SEE. EXHIBIT A" ATTACH AND THEY REQUEST THAT THE HONORABLE JUDGE GRANT AN ORDER TO DENY SAID DNA MOTION ON JANUARY 15, 2015. AS OF THIS DATE TO DO THIS LEAVE TO FILE A WRIT OF MANDAMUS THE JUDGE HAS NOT MADE A RULEING ON SAID MOTION. WHICH IS AN ABUSED OF DISCRETION NOT TO DO A MISTRIAL DUTY ACT, TO RULE ON SAID MOTION.

(4)

## ISSUE PRESENTED AND ARGUMENT

Is It An Abused of Discretion on the trial Judge not to Rule on A timely motion that Has Been presented to the trial Court An Mistrial Duty Act.

## ARGUMENTS

### STANDARD OF REVIEW

Mandamus is An extraordinary remedy, Available only in limited circumstances. <u>Canadian Helicopters Ltd. v. Wittig</u>, 876 S.W. 2d. 304, 305 (Tex. 1994). It is the Burden of the relator to show entitlement to the relief being requested. See. generally <u>Johnson v. Fourth Court of Appeals</u>, 700 S.W. 2d. 916, 917 (Tex. 1985) (orig. Proceeding). In order to Be entitled to relief, the following: (1) A Legal duty to Perform; (2) A demand for Performance; And (3) A refusal to Act. See. <u>Stoner v. Massey</u>, 586 SW2d 843, 846 (Tex. 1979)

See. <u>EXHIBIT A</u> Attach The state response Requesting that the OJA motion should be denied that was filed on January 15, 2015. The Judge Has not Acted on said request by the state.

(5)

It is well settled that A trial court is not required to consider A motion when it has not been presented with said motion. O'Connor v. First Court of Appeals, 837 SW2d 94, 97 (Tex. 1992) ("mandamus will issue when there is A legal duty to perform A non-discretionary Act, A demand for performance and A refusal."); see also In re Chavez, 62 sw.3d 225, 228 (Tex. App-Amarillo 2001)

## Conclusion

Realator's petition should be granted based on the facts and the Exhibit A "Attach He has demonstrated that the trial court Has Failed to Act.

## Prayer

Relator prays for relief Deem Just

## Certificate of service

On this 7th Day of may 2015 he sent this Hon. Clerk of Houston This leave to file A writ of mandamus by mail from the Connally Unit 899 Fr 632 Kenedy TX. 78119

(6)

Joshua Lane
5-7-2015

EXHIBIT "A"
ATTACH

(1) STATE'S REQUEST ON A MOTION to
BE DENIED FILED ON JAN 15, 2015

(7)

NOS. 54972-1
54973-1

EX PARTE                          §       IN THE DISTRICT COURT OF
                                  §
                          —       §       300TH JUDICIAL DISTRICT
                                  §
JOSHUA TYRONE LANE                §       BRAZORIA COUNTY, T E X A S

## ORDER

On this day came to be heard the **Defendant's Motion for Post-Conviction DNA Testing**. The Court takes judicial notice of the Reporter's Record, the Clerk's Record, and the Court's File. Having reviewed these documents and the affidavits and documents submitted, the Court **Finds** that the Appellant has failed to show by a preponderance of the evidence, that he would not have been convicted if exculpatory DNA results are obtained as to the matters he requested be tested. The Applicant, therefore, is not entitled to obtain additional DNA testing under Art. 64.03 of the Code of Criminal Procedure.

The Court further Orders the Alvin Police Department to retain possession of its evidence until disposition of this claim is final to ensure the preservation and chain of custody of the evidence.

The Court also **Finds** the Defendant has failed to show reasonable grounds for the appointment of counsel as required under Article 64.01(c) of the Code of Criminal Procedure. The Court **DENIES** the **Defendant's Motion for DNA Testing and Request for Appointment of Counsel.**

Signed this the _____ day of _____, 2015.

_____
Judge Presiding

RECEIVED

JAN 15 2015

Rhonda Barchak
Brazoria County
District Clerk

7

COURT OF APPEALS
1st. DISTRICT
301 FANNIN STREET
HOUSTON, TEXAS 77002-2066
( 5-7-2015 )


MR. JOSHUA LANE #1510890
CONNALLY UNIT
899 FM 632
KENEDY TX. 78119


DEAR CLERK,

PLEASE FILE MY LEAVE TO FILE A
WRIT OF MANDAMUS AND MOTION TO FILE
LESS COPIES. THANK YOU IN THIS MATTER.

Joshua Lane
5-7-2015

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 19 2015

CHRISTOPHER A. PRINE
CLERK

JOSHUA LANE          x    CASE NO. _____
RELATOR              x    IN THE FIRST COURT OF
                     x       APPEALS
                     x    HOUSTON TEXAS


## MOTION TO FILE LESS COPIES

Hon. Justices comes now,

RELATOR JOSHUA LANE request this court to grant Him to file less copies due to being indigent. He is a true forma pauperis. He owns no land, rent, stocks.

## Prayer

He prays for relief deem just

## Certificate of service

On 5-7-15 he sent this motion to file less copies to the court of appeals 1st district of Texas by mail from Connally unit

_Joshua Lane_
5-7-15_

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 1 9 2015

CHRISTOPHER A. PRINE
CLERK

5/8

7

Josh Lett; 1510890 Lane, Joshua 1510890

S.T.A.T.A Lett; 1510890
Unit
FM 632
y TX. 78119

COURT OF APPEALS CLERK
1ST. DISTRICT OF HOUSTON
301 FANNIN STREET
HOUSTON, TEXAS 77002 -
2066